2023-2185

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

_____

LYNK LABS, INC.,

Appellant,

v.

HOME DEPOT U.S.A., INC.,

Appellee.

_____

On Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board In Proceeding  Office, Patent Trial and Appeal
Board in No. PGR2022-00009

_____

# APPELLANT'S NOTICE OF CORRECTION
_____

Appellant Lynk Labs, Inc., by and through the undersigned counsel and pursuant to Rule 25(i) of the U.S. Court of Appeals for the Federal Circuit Rules of Practice, respectfully submits this Notice of Correction. Appellant makes the following non-substantive corrections to the Reply Brief of Petitioner dated January 31, 2024 (Docket No. 21).

- The Cover now indicates that this is a "Corrected" brief and the document is dated March 15, 2024.

- On Page 7, lines 15-16, "Providing 'two different DC forward voltages' to one or more LED circuits is facially impossible." needs to be corrected to "Providing 'two different DC forward voltages' to one or more LED circuits is facially possible."  See Docket No. 21 at p. 13.

March 15, 2024                              Respectfully submitted,

/s/ Stephen P. McBride
James T. Carmichael
Stephen Schreiner
Stephen P. McBride
Mitch Yang
CARMICHAEL IP, PLLC
8607 Westwood Center Drive
Suite 270
Tysons, VA 22182
(703) 646-9255
jim@carmichaelip.com
schreiner@carmichaelip.com
stevemcbride@carmichaelip.com
mitch@carmichaelip.com

*Counsel for Appellant Lynk Labs, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused the foregoing Appellant's Notice of Correction to be electronically filed using the Court's CM/ECF filing system. Counsel for all parties were electronically served through the Court's CM/ECF filing system per Fed. R. App. 25(d) and Fed. Cir. R. 25(e).

Respectfully submitted,

/s/ Stephen P. McBride
Stephen P. McBride

Date: March 15, 2024